STEPHEN YUHAS, JR. v.
CAPITOL CITY PUBLISHING CO., INC.

September 24, 1970.  Petition for Certification denied.

STATE OF NEW JERSEY v. MICHAEL SALVI

September 24, 1970.  Petition for Certification denied.

GRACE B. GUTMAN, *ET AL*, v. ROBERT G. ALLEN, *ET AL.*

September 24, 1970.  Petitions for Certification denied.

STATE OF NEW JERSEY v. JOHN JOSEPH POLILLO

September 24, 1970.  Petition for Certification denied.

HENRY G. ERICKSON v. MANUEL MC CASKILL

September 24, 1970.  Petition for Certification denied.
(See 110 *N. J. Super.* 325).

STATE OF NEW JERSEY v. MARION JACOBS, JR.

September 24, 1970.  Petition for Certification denied.